# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

RICKY LEWIS and LULU LEWIS, etc., :

    Plaintiffs, :

vs. : CA 2:10-0718-KD-C

STATE FARM FIRE AND :
CASUALTY COMPANY, et al.,
     :

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 15, 2011 is **ADOPTED** as the opinion of this Court.

**DONE this the 9th day of March, 2011.**

        s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**